KEVIN B. BRIGGS
 County Counsel
MICHAEL R. LINDEN
 Deputy County Counsel – State Bar No. 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

Attorneys for Defendant
COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GENERAL SECURITY SERVICES CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>             Defendant. | Case No. 1:11-CV-00724 AWI MJS<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON.** |

Plaintiff GENERAL SECURITY SERVICES CORPORATION (hereinafter "Plaintiff") and defendant COUNTY OF FRESNO (hereinafter "Defendant") hereby present the following Stipulation to Modify the current Scheduling Order in the above-captioned action.

**RECITALS**

WHEREAS, on September 29, 2011, the Court issued its initial Scheduling Order.  In said order, the cut-off date for non-expert discovery was set for June 1, 2012.

WHEREAS, on January 13, 2012, Plaintiff served Interrogatories (Set No. 1), Requests for Admissions (Set No. 1), and Requests for Production of Documents on Defendant.

///

WHEREAS, the parties have engaged in extensive meet and confer efforts regarding the aforementioned written discovery in order to avoid the necessity of intervention by the Court,

WHEREAS, with regard to the Requests for Production of Documents, the parties recently agreed that Defendant would obtain and produce certain documents from the Probation Department's computer systems. Said documents are identified in the recently signed Stipulated Protective Order, dated April 20, 2012. See *Doc. No. 26*.

WHEREAS, Defendant has produced approximately half of the documents contemplated by the aforementioned Stipulated Protective Order. However, due to a previously planned vacation by Karen Rau, Staff Analyst for the Probation Department, the remaining documents will not be able to be identified, printed out, and produced until some time after May 14, 2012.

WHEREAS, the depositions of Plaintiff's representatives Whitney Miller and Steve Leopold, noticed by Defendant's counsel for May 4, 2012, will not be able to go forward due to a scheduling conflict with Plaintiff's counsel. As such, these depositions will not be able to be taken until the last week in May, 2012.

WHEREAS, no previous modification of the Scheduling Order has taken place.

## **STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that:

1. The non-expert discovery cut-off date be extended from June 1, 2012 to July 6, 2012.

2. The expert discovery cut-off date, and the last day to file a non-dispositive motion, be extended from August 1, 2012 to August 22, 2012.

3. All other operative dates in the existing Scheduling Order will remain the same.

///

///

**IT IS SO STIPULATED.**

Dated: April 27, 2012

        KEVIN B. BRIGGS
        County Counsel

By:  /s/ Michael Linden
      Michael R. Linden, Deputy
      Attorneys for Defendant

Dated: April 27, 2012

        VAUGHN LEGAL GROUP

By:  /s/ Kelly Everett
      Kelly Everett
      Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:   April 30, 2012          /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE