BARAK VAUGHN (SBN 227926)
VAUGHN LEGAL GROUP
23622 Calabasas Rd., Suite 220
Calabasas, California 91302
Tel:  818-223-8109
Fax: 818-223-8475
barak@vaughnlegalgroup.com

Attorneys for Plaintiff,
GENERAL SECURITY SERVICES CORPORATION

KEVIN BRIGGS
County Counsel
MICHAEL R. LINDEN (SBN 192485)
Deputy County Counsel
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721

Attorneys for Defendant,
COUNTY OF FRESNO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| GENERAL SECURITY SERVICES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No.  1:11-cv-00724 AWI MJS<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON** |

Plaintiff, GENERAL SECURITY SERVICES CORPORATION (hereinafter "GSSC"), by and through its attorney Barak Vaughn, Esq. of the Vaughn Legal Group and Defendant, COUNTY OF FRESNO (hereinafter "County"), by and through its attorney of record, Michael R. Linden, of the Fresno County Counsel, do and hereby present the following Stipulation to Agree to Modify the current

-1-
**Stipulation Modify Scheduling Order**

Scheduling Order in the above-captioned action.

## **RECITALS**

WHEREAS, on September 29, 2011, the Court issued its initial Scheduling Order cutting off non-expert discovery on June 1, 2012.

WHEREAS, on January 13, 2012, Plaintiff propounded on Defendant Plaintiff's Interrogatories (Set One), Requests for Admissions (Set One), and Requests for Identification of Documents (Set One).

WHEREAS, the parties engaged in extensive meet and confer efforts regarding he aforementioned discovery.

WHEREAS, the parties stipulated and the Honorable Michael Seng ordered this Court's previous Scheduling Order be modified to extend the non-expert discovery cut-off date from June 1, 2012 to July 6, 2012, and to extend the expert discovery cut-off date and the last day to file a non-dispositive motion, from August 1, 2012 to August 22, 2012.  This Order was filed on May 1, 2012.

WHEREAS, the parties participated in a discovery dispute hearing on May 23, 2012.  During the hearing, the parties agreed to extend both expert and non-expert discovery cut off dates, should it be necessary.

WHEREAS, the parties have met, conferred, and determined non-expert discovery and non-expert discovery cut-off dates must be extended at least ninety (90) days; and that all other operative dates in this Court's existing Scheduling Order too must be extended at least ninety (90) days.

## **STIPULATION**

For good cause showing, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that:

1.    The non-expert discovery cut-off date is extended from July 6, 2012 to October 8, 2012.

2.    The expert discovery cut-off date, and the last day to file a non-

dispositive motion is extended from August 22, 2012 to November 30, 2012.

    3.    The deadline for the disclosure of expert witnesses is extended from August 1, 2012 to November 1, 2012.

    4.    The deadline to file a dispositive motion is extended from September 7, 2012 to December 14, 2012.

    5.    The pre-trial conference date is extended from December 4, 2012 to March 4, 2013.

    6.    The trial date is extended from January 29, 2013 to April 1, 2013.

**IT IS SO STIPULATED.**

Dated:  June 14, 2012                               V<small>AUGHN</small> L<small>EGAL</small> G<small>ROUP</small>

                                                    /s/ Barak Vaughn
                                                    _____
                                                    Barak Vaughn, Esq.
                                                    Attorneys for Plaintiff,
                                                    GENERAL SECURITY SERVICES
                                                    CORPORATION

Dated:  June 5, 2012                                  F<small>RESNO</small> C<small>OUNTY</small> C<small>OUNSEL</small>

                                                    /s/ Michael Linden
                                                    _____
                                                   Kevin Briggs
                                                   *County Counsel*
                                                   Michael R. Linden
                                                   *Deputy County Counsel*
                                                   Attorneys for Defendant,
                                                   COUNTY OF FRESNO

## **ORDER**

       GOOD CAUSE APPEARING, the above Stipulation is approved,

1  and the Scheduling Order shall be modified to reflect the new stipulated dates set
2  forth above.

5  IT IS SO ORDERED.

7  Dated:   June 14, 2012              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE