KEVIN B. BRIGGS
 County Counsel
MICHAEL R. LINDEN
 Deputy County Counsel – State Bar No. 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

Attorneys for Defendant
COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GENERAL SECURITY SERVICES CORPORATION,<br><br>                    Plaintiff,<br><br>      v.<br><br>COUNTY OF FRESNO,<br><br>                    Defendant. | Case No. 1:11-cv-00724 MJS<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON.** |

Plaintiff GENERAL SECURITY SERVICES CORPORATION (hereinafter "Plaintiff") and defendant COUNTY OF FRESNO (hereinafter "Defendant") hereby present the following Stipulation to Modify the current Scheduling Order in the above-captioned action to continue the existing trial date.

## **RECITALS**

WHEREAS, on September 29, 2011, the Court issued its initial Scheduling Order.  In said order, the trial was set for January 29, 2013.

WHEREAS, on October 14, 2011, the parties consented to have Magistrate Judge Michael J. Seng be the judge for all purposes in this case.

WHEREAS, on June 14, 2012, the Court issued an order, pursuant to the parties' stipulation, to continue the existing trial date to April 1, 2013.

WHEREAS, on February 19, 2013, counsel for parties tentatively agreed on behalf of their clients to engage in a settlement process.  Under this process, the parties will first meet and confer to determine the extent of the existing controversy.  Once this determination is made, it is the intention of the parties to engage in private mediation.  Due to the large number of pieces of electronic monitoring equipment subject to Plaintiff's overall claim, the factual inquiry needed for the settlement process will be extensive.  As such, the parties believe that the current trial date of April 1, 2013 leaves insufficient time for this process.

WHEREAS, on February 19, 2013, counsel for the parties conferred regarding a new trial date.  Based on the time needed for the above-described settlement process, and the existing schedules for counsel, it was agreed that a trial date in late-July or early-August of 2013 would be proposed.

WHEREAS, on February 19, 2013, counsel for Defendant contacted Laurie Yu, the Courtroom Deputy for Judge Seng, concerning the parties' proposed stipulation and order.  Ms. Yu represented that the parties could propose August 6, 2013, as the new trial date.

## **STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that:

1. The existing trial date of April 1, 2013 will be vacated, and the case will be set for trial on August 6, 2013, at 8:30 a.m., in Courtroom 6 of the United States District Court in Fresno, California.

2. The Court will set a pre-trial conference on a date in early-July of 2013.

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated:  February 20, 2013

                                KEVIN B. BRIGGS
                                County Counsel

                       By:   /s/ Michael Linden
                              Michael R. Linden, Deputy
                              Attorneys for Defendant

Dated:  February 20, 2013

                                VAUGHN LEGAL GROUP

                     By:   /s/ Barak Vaughn
                              Barak Vaughn
                              Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, the parties' Stipulation is accepted and made the Order of the Court.  Trial in this matter is continued from April 1, 2013, until August 6, 2013, at 8:30 a.m., in Courtroom 6 of the United States District Court in Fresno, California.  A pre-trial conference will be held June 28, 2013, at 9:30 a.m. in said Courtroom 6.

IT IS SO ORDERED.

Dated:  February 20, 2013          /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE