KEVIN B. BRIGGS
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – State Bar No. 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480

Attorneys for Defendant
COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GENERAL SECURITY SERVICES CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>              Defendant. | Case No. 1:11-cv-00724 MJS<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON.** |

      Plaintiff GENERAL SECURITY SERVICES CORPORATION (hereinafter "Plaintiff") and defendant COUNTY OF FRESNO (hereinafter "Defendant") hereby present the following Stipulation to Modify the current Scheduling Order in the above-captioned action to continue the existing trial date.

## **RECITALS**

      WHEREAS, on September 29, 2011, the Court issued its initial Scheduling Order. In said order, the trial was set for January 29, 2013.

      WHEREAS, on October 14, 2011, the parties consented to have Magistrate Judge Michael J. Seng be the judge for all purposes in this case.

      WHEREAS, on June 14, 2012, the Court issued an order, pursuant to the parties' stipulation, to continue the existing trial date to April 1, 2013.

WHEREAS, on February 19, 2013, counsel for parties tentatively agreed on behalf of their clients to engage in a settlement process.  Under this process, the parties will first meet and confer to determine the extent of the existing controversy.  Once this determination is made, it is the intention of the parties to engage in private mediation.  Due to the large number of pieces of electronic monitoring equipment subject to Plaintiff's overall claim, the factual inquiry needed for the settlement process will be extensive.  As such, the parties concluded that the trial date of April 1, 2013 left insufficient time for this process.

WHEREAS, on February 20, 2013, the Court issued an order, pursuant to the parties' stipulation, continuing the trial date to August 6, 2013.

WHEREAS, on May 7, 2013, counsel for the parties agreed that due to the large number of pieces of electronic monitoring equipment subject to Plaintiff's overall claim, the factual inquiry between the parties has taken longer than anticipated.  As such, the parties still desiring to conduct a meaningful settlement process and mediation believe that the current trial date of August 6, 2013 will leave insufficient time for the settlement process.

WHEREAS, on May 7, 2013, counsel for the parties conferred regarding a new trial date.  Based on the time needed for the above-described settlement process to continue, and the existing schedules for counsel, it was agreed that a trial date in October or November 2013 would be proposed.

WHEREAS, on May 7, 2013, counsel for Plaintiff contacted Laurie Yu, the Courtroom Deputy for Judge Seng, concerning the parties' proposed stipulation and order.  Ms. Yu represented that the parties could propose November 19, 2013, as the new trial date.

///

///

///

///

**STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that:

1. The existing trial date of August 6, 2013 will be vacated, and the case will be set for trial on on October 18, 2013 at 9:30 a.m., in Courtroom 6 of the United States District Court in Fresno, California.

2. The Court will set a pre-trial conference on October 18, 2013 at 9:30 a.m., in Courtroom 6 of the United States District Court in Fresno, California.

**IT IS SO STIPULATED.**

Dated: May 8, 2013

        KEVIN B. BRIGGS
        County Counsel

        By:  /s/ Michael Linden
              Michael R. Linden, Deputy
              Attorneys for Defendant

Dated: May 8, 2013

        VAUGHN LEGAL GROUP

        By:  /s/ Barak Vaughn
              Barak Vaughn
              Attorney for Plaintiff

**ORDER**

Good cause appearing, the Stipulation of the parties is approved. The pre-trial conference in this case shall convene October 18, 2013 at 9:30 a.m., in Courtroom 6 of the United States District Court in Fresno, California. Trial shall commence on

November 19, 2013 at 9:30 a.m., in Courtroom 6 of the United States District Court in Fresno, California.

IT IS SO ORDERED.

Dated: May 9, 2013              /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE