1  KEVIN B. BRIGGS
    County Counsel
2  MICHAEL R. LINDEN
    Deputy County Counsel – State Bar No. 192485
3  FRESNO COUNTY COUNSEL
   2220 Tulare Street, 5th Floor
4  Fresno, California   93721
   Telephone:  (559) 600-3479
5  Facsimile:    (559) 600-3480

6  
   Attorneys for Defendant
7  COUNTY OF FRESNO

8  
                    **UNITED STATES DISTRICT COURT**
9  
                **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**
10 

| | |
|---|---|
| GENERAL SECURITY SERVICES CORPORATION, | Case No. 1:11-cv-00724 MJS |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); ORDER** |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant COUNTY OF FRESNO, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated:  February 7, 2014

        KEVIN B. BRIGGS
        County Counsel

By: /s/ Michael Linden
    Michael R. Linden, Deputy
    Attorneys for Defendant

Dated:  February 7, 2014

        VAUGHN LEGAL GROUP

By: /s/ Barak Vaughn
    Barak Vaughn
    Attorney for Plaintiff

### ORDER

Good cause appearing, the above Stipulation is accepted and adopted by the Court.

This case is DISMISSSED.

IT IS SO ORDERED.

Dated:  February 7, 2014          /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE